UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DEAN S. MERCER, JR.

    v.            Civil No.  3:01CV1121(EBB)

EDMOND BRUNT, CONNECTICUT
STATE POLICE LIEUTENANT, AND
DAVID COYLE, CONNECTICUT STATE
POLICE SERGEANT, IN THEIR INDIVIDUAL
AND OFFICIAL CAPACITIES

**JUDGMENT**

  This matter came on for consideration on defendants' motion for summary judgment before the Honorable Ellen Bree Burns, Senior United States District Judge.

  The Court has reviewed all of the papers filed in conjunction with the motion and on January 9, 2004, the Court entered a Ruling on Defendants' Motion for Summary Judgment granting the relief.

  It is therefore ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

  Dated at New Haven, Connecticut, this 9th day of January, 2004.

                   KEVIN F.  ROWE, CLERK
                   By
                     /s/
                   Melissa Ruocco
                   Deputy Clerk

EOD: _____