UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DEAN S. MERCER, JR.
    PLAINTIFF,

VS.

EDMOND BRUNT, CONNECTICUT
STATE POLICE LIEUTENANT; AND
DAVID COYLE, CONNECTICUT STATE
POLICE SERGEANT; IN THEIR INDIVIDUAL
AND OFFICIAL CAPACITIES,
    DEFENDANTS,

FILED

CIVIL ACTION NO.
3:01CV1121 (WWE)

: JANUARY 26, 2004

## MOTION FOR RECONSIDERATION

On January 9, 2004, the court entered judgment against the plaintiff after granting the defendants' Motion for Summary Judgment as to the entire complaint. Pursuant to Local Rule 9(e)(1), the plaintiff now files this Motion for Reconsideration of the Court's ruling for the following reasons: (1) The court did not consider the evidence set forth in the Plaintiff's 9(c)(2) Statement[1], paragraphs: 5, 11, 13, 15, 16, 17, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 48, 50, 51, 52, 54, , 59, 60, 63, 64, 65, 68, 69, 70, 71, 72, 73, 75, 78, 79, 80, 81 and did not consider the evidence set forth in the Plaintiff's 9(c)(1) Statement, paragraphs 21[2] and 27[3] in evaluating the plaintiff's Equal Protection Claim; and (2) The plaintiff alleged a claim of Substantive Due Process to which the defendants did not address

---

[1] The plaintiff resubmits his 9(c)(1) Statement and 9(c)(2) Statement with the addition of references to the lines of the deposition transcripts as requested by the court.

[2] The Exhibit number (3) was left blank in the submitted 9(c)(1) Statement but Exhibit 3 was provided to the court which supports paragraph 21.

[3] Paragraph 27 is supported by 9(c)(2) Statement paragraphs 56, 57, 58, 61 and 62.)

and did not move for summary judgment against in their Memorandum in Support of the Motion for Summary Judgment, therefore the court should not have granted Summary Judgment against such claim.

The following evidence set forth in the plaintiff's 9(c) Statement creates an issue of material with the facts as set forth in the Court's Statement of Facts section of the Ruling, therefore, it is respectfully requested that the court reconsider it's ruling granting the defendants' Motion for Summary Judgment.

PLAINTIFF,<br>
DEAN S. MERCER<br>
<br>
BY: _____<br>
Erin O'Neil<br>
Brewer & O'Neil, LLC<br>
818 Farmington Avenue<br>
West Hartford, CT 06119<br>
(860)523-4055<br>
Federal Bar #ct 23073

## CERTIFICATION

     This is to certify that a copy of the foregoing was mailed, postage prepaid, on January 26, 2004, to all counsel and pro-se parties of record including:

Clerk
U.S. District Court
915 Lafayette Blvd.
Bridgeport, CT 06604


Antoria D. Howard
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

                                              Erin I. O'Neil