**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| DEAN S. MERCER, JR., | : CIVIL ACTION NO.3:01CV1121(EBB) |
| *Plaintiff* | : |
| | : |
| v. | : |
| | : |
| EDMOND BRUNT, ET AL CONNECTICUT | : |
| STATE POLICE LIEUTENANT; DAVID | : |
| COYLE, CONNECTICUT STATE | : |
| POLICE SERGEANT | : |
| *Defendants* | : February 18, 2004 |

**MOTION FOR COSTS**

Judgment in this matter was entered on January 9, 2004.  The plaintiff filed a motion for reconsideration (Doc. # 39, January 28, 2004) which was deemed untimely by the Court in its ruling (Doc. # 42) denying the motion for reconsideration on February 13, 2004.  Wherefore, pursuant to the provisions of Rule 54(d) of the Federal Rules of Civil Procedure, and Rule 54 of the Local Rules of Civil Procedure, the defendants, who are the prevailing parties in the above-captioned case, respectfully request that:

a.      the court assess costs in this action consistent with the Bill of Costs and Certification attached to this motion as Exhibits A and B; and

b.      the $500.00 bond posted (Doc.  # 10) by the plaintiff as security for costs in this action pursuant to Local Rule 83.3 of the Local Rules of the District of Connecticut be forfeited and paid over to the defendants as partial satisfaction of the above.

DEFENDANTS
EDWARD BRUNT
DAVID COYLE

RICHARD BLUMENTHAL
ATTORNEY GENERAL


_____

BY:    Antoria D. Howard
       Assistant Attorney General
       Federal Bar No. ct #17494
       55 Elm Street, P.O. Box 120
       Hartford, CT 06141-0120
       Tel.:  (860) 808-5340
       Fax:  (860) 808-5383
       E-Mail:Antoria.Howard@po.state.ct.us




## <u>CERTIFICATION</u>

I hereby certify that a copy of the foregoing was mailed this _____ day of February,

2004, first class postage prepaid, to:


Erin O'Neil,, Esq.
James S. Brewer, Esq.
Attorney at Law
818 Farmington Avenue
West Hartford, CT  06119



_____
Antoria D. Howard
Assistant Attorney General

2

EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DEAN S. MERCER, JR.,                              : CIVIL ACTION NO.3:01CV1121(EBB)
     *Plaintiff*

    v.                                                        :
                                      :
EDMOND BRUNT, ET AL CONNECTICUT  :
STATE POLICE LIEUTENANT; DAVID        :
COYLE, CONNECTICUT STATE               :
POLICE SERGEANT                             :
     *Defendants*                                          : February 18, 2004

## **BILL OF COSTS**

   1.  Fee of the Court Reporter ................................................$497.65
         Deposition of Dean Mercer, Jr.
            November  21, 2002 – bill attached

   2.  Fee of the Court Reporter
         Deposition of Peter Cosodine
            March 28, 2003 – bill attached …………….....236.25

   3.  Fee of the Court Reporter
         Deposition of Eileen Huntoon
            May 6, 2003 – bill attached …………....…….159.75

   4.  Fee of the Court Reporter
         Deposition of Edmond Brunt
            November 15, 2002 -- bill attached …………….364.50

   5.  Fee of the Court Reporter
         Deposition of David Coyle
            March 11, 2003  -- bill attached.………………..423.00

          **TOTAL**                               **$1,681.15**

<u>EXHIBIT B</u>

**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

DEAN S. MERCER, JR.,                              : CIV.  ACTION NO.3:01CV1121(EBB)
      *Plaintiff*

    v.                                                    :
                                          :
EDMOND BRUNT, ET AL CONNECTICUT  :
STATE POLICE LIEUTENANT; DAVID      :
COYLE, CONNECTICUT STATE              :
POLICE SERGEANT                            :
      *Defendants*                                  :   February 18, 2004

**<u>CERTIFICATION</u>**

     I, Antoria D. Howard, an Assistant Attorney General for the State of Connecticut, hereby

certify that the foregoing costs were necessarily incurred in the defense of this matter, and that

they accurately and completely reflect the costs spent by defendants in preparation of trial,

and/or the motion for summary judgment filed in this case.

                                              _____
                                              Antoria D. Howard
                                              Assistant Attorney General

     Subscribed and sworn to before me by the above affiant on this          day of February,

2004.

                                        _____
                                      Commissioner of the Superior Court/
                                        Notary Public
                                        Commission Expires _____