UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
FEB 27  3 19 PM '04
DISTRICT COURT
NEW HAVEN, CONN.

DEAN S. MERCER, JR.
PLAINTIFF,

: 3:01CV1121(EBB)

VS.

EDMOND BRUNT, CONNECTICUT
STATE POLICE LIEUTENANT; AND
DAVID COYLE, CONNECTICUT STATE
POLICE SERGEANT; IN THEIR INDIVIDUAL
AND OFFICIAL CAPACITIES,
DEFENDANTS,

: NOTICE OF APPEAL

Notice is hereby given that the plaintiff, Dean Mercer, in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment, specifically, the court's granting of the defendants' Motion for Summary Judgment and the court's denial of the plaintiff's Motion for Reconsideration, entered on the 13th day of February, 2004.

THE PLAINTIFF,
DEAN MERCER

BY: _____
Erin I. O'Neil
Brewer & O'Neil
818 Farmington Avenue
West Hartford, CT 06119
(860) 523-4055
ct23073

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on February 24, 2004, to all counsel and pro-se parties of record including:

Clerk
U.S. District Court
141 Church Street
New Haven, CT 06510


Antoria D. Howard
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

_____
Erin I. O'Neil