UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| DEAN S. MERCER, JR.<br>PLAINTIFF, | : CIVIL ACTION NO.<br>: 3:01CV1121 (EBB)<br>: U.S DISTRICT COURT<br>: NEW HAVEN, CONN. |
| VS. | : |
| EDMOND BRUNT, ET AL,<br>DEFENDANTS, | : FEBRUARY 24, 2004 |

## PLAINTIFF'S OPPOSITION
## TO DEFENDANTS' MOTION FOR BILL OF COSTS

The court granted the defendants' Motion for Summary Judgment against the plaintiff's entire complaint. On February 13, 2004, the court denied the plaintiff's Motion for Reconsideration. The defendants filed a Motion for Costs against the plaintiff for costs associated with defending the case. The plaintiff has filed a Notice of Appeal to appeal the granting of the Summary Judgment Motion and the court's denial of the plaintiff's Motion for Reconsideration. Pursuant to Local Rules of Civil Procedure 17(a)i, the defendants are not entitled to a bill of costs while an appeal is pending. Therefore, the plaintiff objects to the Town's Bill of Costs, and requests that the court deny the Bill of Costs until after the appeal is concluded.

PLAINTIFF,
DEAN MERCER

BY: _____
Erin O'Neil
Brewer & O'Neil, LLC
818 Farmington Avenue
West Hartford, CT 06119
(860)523-4055
Federal Bar #ct 23073

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on February 24, 2004, to all counsel and pro-se parties of record including:

Clerk
U.S. District Court
141 Church Street
New Haven, CT 06510


Antoria D. Howard
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Erin I. O'Neil