UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DEAN S. MERCER, JR., *Plaintiff* | : CIVIL ACTION NO. 3:01CV1121(EBB) |
| v. | : |
| EDMOND BRUNT, ET AL CONNECTICUT STATE POLICE LIEUTENANT; DAVID COYLE, CONNECTICUT STATE POLICE SERGEANT *Defendants* | : February 18, 2004 |

## MOTION FOR COSTS

Judgment in this matter was entered on January 9, 2004. The plaintiff filed a motion for reconsideration (Doc. # 39, January 28, 2004) which was deemed untimely by the Court in its ruling (Doc. # 42) denying the motion for reconsideration on February 13, 2004. Wherefore, pursuant to the provisions of Rule 54(d) of the Federal Rules of Civil Procedure, and Rule 54 of the Local Rules of Civil Procedure, the defendants, who are the prevailing parties in the above-captioned case, respectfully request that:

a. the court assess costs in this action consistent with the Bill of Costs and Certification attached to this motion as Exhibits A and B; and

b. the $500.00 bond posted (Doc. # 10) by the plaintiff as security for costs in this action pursuant to Local Rule 83.3 of the Local Rules of the District of Connecticut be forfeited and paid over to the defendants as partial satisfaction of the above.

3/2/04 DENIED without prejudice to renewal when pending appeal is resolved and judgment becomes final.
Kevin F. Rowe, Clerk
By /s/ Lori Inferrera, Deputy-in-Charge