# DISTRICT OF CONNECTICUT - NEW HAVEN
# NOTICE OF APPEAL COVER MEMO

**DATE:** March 1, 2004          **TO:** Intake Clerk

**FROM:** Joanne Pesta, 203-773-2140

FILED
MAR 10   1 31 PM '04
U.S DISTRICT COURT
NEW HAVEN, CONN.

**CASE TITLE:** Mercer v Brunt, et al

**DOCKET NO.:** 3:01-cv-1121(EBB)

**NOTICE OF APPEAL:** filed: February 27, 2004

**APPEAL FROM:** final judgment: _x_

interlocutory: __

other: __

**DOCKET SHEET:** Attorney, updated address & phone number for each party _Y_

All parties are listed on Docket Sheet (Including Third Parties) _Y_

All docket entries and dates are included _Y_

**FEE STATUS:** Paid ✓    Due ____    N/A ____

IFP revoked ____    Application Attached ____

IFP pending before district judge ____

**COUNSEL:** CJA ____    Retained ✓    Pro Se ____

**TIME STATUS:** Timely ✓    Out of Time ____

**MOTION FOR EXTENSION OF TIME:** Granted ____    Denied ____

**COA:** Granted ____    Denied ____

**COMMENTS AND CORRECTIONS:**

---

I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF APPEAL.

**SIGNED:** Patricia Haffer    **DATE:** 3/8/04
DEPUTY CLERK, USCA

USCA No. _____.