# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED
May 5  2 33 PM '04
U.S. DISTRICT COURT

MERCER,

3:01-cv-01121-EBB

v.

BRUNT, ET AL.,

USCA: 04-1171

## INDEX TO RECORD ON APPEAL

| Dated File | Court Document No. | Document Name | Document No. |
| --- | --- | --- | --- |
| 06/18/2001 | 1 | Complaint | 1 |
| 05/07/2002 | 15 | Amended Complaint | 2 |
| 07/24/2002 | 19 | Answer | 3 |
| 05/30/2003 | 24 | Motion | 4 |
| 05/30/2003 | 25 | Memorandum | 5 |
| 05/30/2003 | 26 | Statement | 6 |
| 08/04/2003 | 29 | Objection | 7 |
| 08/04/2003 | 30 | Memorandum | 8 |
| 08/04/2003 | 31 | Statement | 9 |
| 08/04/2003 | 33 | Statement | 10 |
| 01/09/2004 | 36 | Ruling | 11 |
| 01/09/2004 | 37 | Judgment | 12 |

| Date | No. | Document | Page |
|---|---|---|---|
| 01/28/2004 | 39 | Motion | 13 |
| 01/28/2004 | 40 | Memorandum | 14 |
| 02/09/2004 | 41 | Reply | 15 |
| 02/13/2004 | 42 | Ruling | 16 |
| 02/27/2004 | 44 | Notice of Appeal | 17 |

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was mailed via U.S. Mail, postage pre-paid, on May 4, 2004, to the following:

Antonio D. Howard
Attorney General's Office, State of Connecticut
P.O. Box 120, 55 Elm Street
Hartford, CT 06141

Clerk
United States District Court, District of Connecticut
Richard C. Lee, United States Court House
141 Church Street
New Haven, CT 06510

                                                                                    James S. Brewer