UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DEAN S. MERCER, JR.,<br>    *Plaintiff* | : CIVIL ACTION NO.3:01CV1121(EBB)<br>:<br>: |
| v. | :<br>: |
| EDMOND BRUNT, ET AL CONNECTICUT STATE POLICE LIEUTENANT; DAVID COYLE, CONNECTICUT STATE POLICE SERGEANT<br>    *Defendants* | :<br>:<br>:<br>:<br>: December 22, 2004 |

### DEFENDANTS' RENEWED MOTION FOR COSTS

Defendants' Motion for Summary Judgment was granted on January 9, 2004 (Doc. # 36) and Judgment was entered the same date. (Doc. # 37). The plaintiff filed a motion for reconsideration (Doc. # 39, January 28, 2004) which was deemed untimely by the Court in its February 13, 2004 ruling (Doc. # 42) denying the motion for reconsideration. The plaintiff on or about February 27, 2004 filed a Notice of Appeal (Doc. # 44) with the United States Second Circuit Court of Appeals regarding the Judgment and Ruling on Motion for Reconsideration (Doc. #s 37 and 42).

The defendants' filed a motion for costs (Doc. # 43) on or about February 20, 2004. The motion was denied without prejudice to renewal when the appeal was resolved and the judgment became final (Doc. # 46). The Second Circuit issued a mandate dated December 13, 2004 (copy attached) dismissing the appeal (docket Number 04-1171-cv) making the District Court's judgment final. Wherefore, pursuant to the provisions of Rule 54(d) of the Federal Rules of Civil Procedure, and Rule 54 of the Local Rules of Civil Procedure, the defendants, who are the prevailing parties in the above-captioned case, respectfully renew their Motion for Costs and request that:

      a.      the court assess costs in this action in the amount of $1,659.75 consistent with the Bill of Costs and Certification attached to this motion as Exhibits A and B; and

      b.      that the Court issue an order forfeiting the $500.00 bond posted (Doc. # 10, dated October 17, 2001) by the plaintiff as security for costs in this action pursuant to Local Rule 83.3 of the Local Rules of the District of Connecticut and that the court direct the clerk to issue a check payable to the "State of Connecticut, Attorney General's Office" and that it be paid over to the defendants as partial satisfaction of the above.

The actual amounts paid have, in applicable situations, been reduced to reflect the maximum allowable transcript rate, $3.75 per page, pursuant to Vol. VI, Chap. XX of the "Guide to Judiciary Policies and Procedures" and to omit any charges for shipping and handling.

DEFENDANTS
EDWARD BRUNT
DAVID COYLE

RICHARD BLUMENTHAL
ATTORNEY GENERAL

_____
BY:   Antoria D. Howard
        Assistant Attorney General
        Federal Bar No. ct #17494
        55 Elm Street, P.O. Box 120
        Hartford, CT 06141-0120
        Tel.: (860) 808-5340
        Fax: (860) 808-5383
        E-Mail:Antoria.Howard@po.state.ct.us

## **CERTIFICATION**

  I hereby certify that a copy of the foregoing Defendants' Renewed Motion for Costs was mailed this _____ day of December, 2004, United States mail, first class postage prepaid, to the following:

  Erin O'Neil,, Esq.
  Brewer & O'Neil.
  Attorney at Law
  818 Farmington Avenue
  West Hartford, CT  06119


                    _____
                    Antoria D. Howard
                    Assistant Attorney General

EXHIBIT A

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| DEAN S. MERCER, JR., | : | CIVIL ACTION NO.3:01CV1121(EBB) |
| *Plaintiff* | | |
| v. | : | |
| | : | |
| EDMOND BRUNT, ET AL CONNECTICUT | : | |
| STATE POLICE LIEUTENANT; DAVID | : | |
| COYLE, CONNECTICUT STATE | : | |
| POLICE SERGEANT | : | |
| *Defendants* | : | December 22, 2004 |

## BILL OF COSTS

1. Fee of the Court Reporter ...............................................$476.25
    Deposition of Dean Mercer, Jr.
        November 21, 2002 – bill attached

2. Fee of the Court Reporter
    Deposition of Peter Cosodine
        March 28, 2003 – bill attached …………….......236.25

3. Fee of the Court Reporter
    Deposition of Eileen Huntoon
        May 6, 2003 – bill attached ……………....…….159.75

4. Fee of the Court Reporter
    Deposition of Edmond Brunt
        November 15, 2002 -- bill attached …………….364.50

5. Fee of the Court Reporter
    Deposition of David Coyle
        March 11, 2003 -- bill attached.………………..<u>423.00</u>

**TOTAL**                                    **$1,659.75**

**EXHIBIT B**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| DEAN S. MERCER, JR., | : | CIV. ACTION NO.3:01CV1121(EBB) |
| *Plaintiff* | | |
| | : | |
| v. | : | |
| | : | |
| EDMOND BRUNT, ET AL CONNECTICUT | : | |
| STATE POLICE LIEUTENANT; DAVID | : | |
| COYLE, CONNECTICUT STATE | : | |
| POLICE SERGEANT | : | |
| *Defendants* | : | December 22, 2004 |

**CERTIFICATION**

I, Antoria D. Howard, an Assistant Attorney General for the State of Connecticut, hereby certify that the foregoing costs were necessarily incurred in the defense of this matter, and that they accurately and completely reflect the costs spent by defendants in preparation of trial, and/or the motion for summary judgment filed in this case.

_____
Antoria D. Howard
Assistant Attorney General

Subscribed and sworn to before me by the above affiant on this _____ day of December, 2004.

_____

Commissioner of the Superior Court/
Notary Public
Commission Expires _____