DUPLICATE

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT
### THURGOOD MARSHALL U.S. COURT HOUSE
### 40 FOLEY SQUARE
### NEW YORK  10007

**Roseann B. MacKechnie**
**CLERK**

Date:                    7/10/06

Docket Number:           04-1171-cv
Short Title:             Mercer v. Brunt
DC Docket Number:        01-cv-1121
DC:                      CONNECTICUT (NEW HAVEN)
DC Judge:                Honorable Ellen Burns


At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 16th   day of  December, two thousand four.

Dean S. Mercer Jr.,

    Plaintiff-Appellant,

       v.

Edmund  Brunt, Connecticut State Police Lieutenant and David  Coyle, Connecticut State Police Sergeant, in their individual and official capacities,

    Defendants-Appellees.



UNITED STATES COURT OF APPEALS
FILED
6 2004


The *Civil Appeals Management Plan* of this court directs that within the (10) days after filing a Notice of Appeal, the appellant shall file and serve a Pre-Argument Statement (FORM C), order a transcript of the proceedings from the court reporter and file and serve a statement concerning same (FORM D),  pay docketing fee, and that in the event of default of any of these requirements the Clerk may dismiss the appeal without further notice.


The appellant herein not having so proceeded, upon consideration thereof  it is **ORDERED** that the appeal from the order of 2/13/04 United States Court for the  District of Connecticut  be,  and it hereby is **DISMISSED**.  Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

Issued as Mandate:

12/16/04


A TRUE COPY
Roseann B. MacKechnie, CLERK

*Angela Martin*
DEPUTY CLERK

For the Court,
Roseann B. MacKechnie, Clerk

*Angela Martin*
By: Angela Martin
Deputy Clerk